③
2/20/01
mm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT A. GAINES, | : | CIVIL ACTION NO. 1:CV-01-0183 |
| Petitioner | : | |
| v. | : | FILED |
| | : | HARRISBURG, PA |
| MICHAEL ZENK, ET AL., | : (Judge Rambo) | |
| | : | FEB 2 0 2001 |
| Respondents | : | |

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

ORDER

Petitioner Robert A. Gaines, a prisoner confined at the Allenwood Federal Correctional Institution, filed the above petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The required filing fee has been paid.[1]

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to serve a copy of the petition on Respondents and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondents shall file a response to the petition.

3. A determination whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of a response.

---

[1] Since the Petitioner acknowledges that he previously filed both a direct appeal and a motion under 28 U.S.C. § 2255, it is unnecessary to provide him with the warnings announced in United States v. Miller, 197 F.3d 644 (3d Cir. 1999).

      4.   Petitioner may file a reply to the response within fifteen (15) days of its filing.

                                                            SYLVIA H. RAMBO  
                                                             United States District Judge

Dated: February 20, 2001.

SR:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 20, 2001

Re:  1:01-cv-00183    Gaines v. Zenk

True and correct copies of the attached were mailed by the clerk to the following:

Robert A. Gaines
FCI-Allenwood
Medium Security Facility
#38739-053
P. O. Box 2000
White Deer, PA  17887

cc:
Judge                          (X)            (X) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  (X)
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            (X)  with Petition attached & mailed certified mail
                                    to:  US Atty Gen  (X)   PA Atty Gen ( )
                                         DA of County ( )   Respondents (X)

Bankruptcy Court               ( )
Other_____  ( )

                                            MARY E. D'ANDREA, Clerk

DATE: February 20th, 2001                   BY: _____
                                                     Deputy Clerk

