5
3-13-
1:01-CV-183

**FILED**
HARRISBURG, PA

MAR 13 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  L. FICKS   B. Date of Delivery 2/21/01<br>C. Signature X _____ ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Michael Zenk, Warden<br>FCI Allenwood<br>P.O. Box 2000<br>White Deer, PA. 17887 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0520 0023 0132 8852 | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952