3/14/

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney in Pennsylvania
Honorable David Barash
P.O. Box 11754
Harrisburg, PA. 17108

A. Received by (Please Print Clearly)    B. Date of Delivery
FEB 21 2001

C. Signature
X [signature]    ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7060 0520 0023 0168 0149

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General, John Ashcroft
Room #511, Main Justice Building
10th and Constitution Avenue
Washington D.C. 20530

A. Received by (Please Print Clearly)    B. Date of Delivery
DEPARTMENT OF JUSTICE

C. Signature
X [signature - Ernest Parker]    ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0168 0132

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

1-01-cv-183
Show
cause
order
2/20/01

**FILED**
HARRISBURG, PA

MAR 13 2001

MARY E. D'ANDREA, CLERK
Per [signature]
    Deputy Clerk