IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT A. GAINES, | : | CIVIL ACTION NO. 1:CV-01-0183 |
| Petitioner | : | |
| v. | : | |
| MICHAEL ZENK, ET AL., | : | (Judge Rambo) |
| Respondents | : | |

**ORDER**

FILED
HARRISBURG, PA
MAR 22 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

AND NOW, upon consideration of Respondents' motion for an enlargement of time in which to file a response to the petition for writ of habeas corpus, **IT IS HEREBY ORDERED THAT** the motion (Doc. 4) is granted. Respondents shall file a response on or before April 26, 2001.

SYLVIA H. RAMBO
United States District Judge

Dated: March 22, 2001.
SR:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 22, 2001

Re:  1:01-cv-00183   Gaines v. Zenk

True and correct copies of the attached were mailed by the clerk to the following:

    Robert A. Gaines
    FCI-Allenwood
    Medium Security Facility
    #38739-053
    P. O. Box 2000
    White Deer, PA  17887

    Matthew Edward Haggerty, Esq.
    United States Attorney's Office
    217 Federal Building
    228 Walnut Street
    P.O. Box 11754
    Harrisburg, PA  17108

```
cc:
Judge                            (X)          (X) Pro Se Law Clerk
Magistrate Judge                 ( )          ( ) INS
U.S. Marshal                     ( )          ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to: US Atty Gen   ( )    PA Atty Gen    ( )
                                         DA of County  ( )    Respondents    ( )
Bankruptcy Court                 ( )
Other_____         ( )
```

                                                     MARY E. D'ANDREA, Clerk

DATE: March 22nd, 2001                                          BY: _____
                                                                    Deputy Clerk