ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT ANDREW GAINES, | : | CIVIL ACTION No. 1:CV-01-0183 |
| Petitioner, | : | |
| -vs- | : | |
| MICHAEL ZENK, ET AL. | : | (Judge Rambo) |
| Respondent. | : | |

FILED
HARRISBURG, PA
JUL 0 9 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### NOTICE OF APPEAL

COMES NOW Robert Andrew Gaines, Pro Se, and hereby moves this Honorable to enter an order noticing his intent to appeal this Court's order of June 29, 2001 to the Third Circuit.

While Petitioner had paid five ($5.00) for the commencement of this action, Petitioner states that he is indigent to have to pay One hundred and five ($105.00) dollars for appeal. The Prisoner Reform Act does not require indigent prisoners to pay appeal cost for litigations involving a challenge of their convictions and sentences. And Petitioner states under penalty of perjury that his financial status mandates that he be granted in forma pauperis in order to proceed on this appeal.

Wherefore, for the foregoing, Petitioner respectfully prays.

Respectfully Submitted:

Robert Andrew Gaines, Pro Se
Petitioner

Dated: 5 day of July 2001