OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4923

pacer.ca3.uscourts.gov

July 19, 2001

NOTICE OF DOCKETING OF APPEAL

Gaines v. Zenk

No(s): 01-cv-00183

FILED
JUL 2 3 2001
PER _____
HARRISBURG, PA.          DEPUTY CLERK

(Honorable Sylvia H. Rambo)

An appeal by **Robert A. Gaines #38739-053** was filed in the above-captioned case on 7/9/01, and docketed in this Court on 7/19/01, at No. **01-2902**.

Kindly use the Appeals Docket No. **01-2902** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk