INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

ROBERT A. GAINES,  
    Petitioner/Appellant  
v.  

MICHAEL ZENK, et al.  
    Respondents/Appellees  

Dist. Ct. Docket # 1:CV-01-0183  
(Judge Sylvia H. Rambo)  

Ct. of Appeals Docket # _____

NOTICE OF APPEAL FILED 07/09/01   COURT REPORTERS: No

FILING FEE:  
Notice of Appeal      ___ Paid    X Not Paid    ___ Seaman  
Docket Fee      ___ Paid    X Not Paid    ___ US or Govt.

CJA Appointment: (Attach copy of order) N/A  
___ Private Attorney  
___ Defender Association or Federal Public Defender  
___ Motion Pending  

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)  
___ Motion Granted In First Instance  
___ Denied  
___ Motion pending before district judge  


Certificate of probable cause (state habeas corpus) (attach copy of order)  
___ Granted  
___ Denied  
___ Pending  

MOTIONS CURRENTLY PENDING: No

COPIES TO:  
Judge Sylvia H. Rambo      Robert A. Gaines  
Matthew Edward Haggerty, Esq., AUSA      PRSLC Angela Pitts  
File Copy  

                       Virginia Gilmore  
DATED: July 17, 2001        Deputy Clerk  


Please acknowledge receipt of these documents on the enclosed copy of this sheet.