

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

MARY E. D'ANDREA
Clerk of Court

(717) 221-3920
FAX (717) 221-3959



July 17, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

FILED
HARRISBURG

JUL 2 0 2001

MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

RE: GAINES V. ZENK, et al.
Case Number: 1:CV-01-0183
USCA Case No: Unknown  Appeal filed 07/09/01

Dear Ms. Waldron:
  Enclosed please find:

___ One certified copy of the docket entries
    to be filed as the Certified List in
    Lieu of the Record.

_X_ Actual Record with one certified copy
    and one uncertified copy of docket
    entries.  (Docs. #1 thru #12)

___ One certified copy of docket entries to be filed as the
    Certified List in Lieu
    of the _____ Supplemental Record

___ Actual_____ Supplemental Record with
    one certified copy and one uncertified
    copy of docket entries.

  Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK

*Virginia Gilmore*
Virginia Gilmore
Deputy Clerk

Dana M. Moore 7-18-01