OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

MARCIA M. WALDRON
CLERK

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: pacer.ca3.uscourts.gov

TELEPHONE
215-597-2995

___MD - Harrisburg___  Clerk of District Court   Date ___8/27/01___
(District)

___Gaines v. Zenk, et al.___   C. OF A. NO. ___01-2902___
(Caption)

___Robert A. Gaines___
(Appellant)

___01-cv-183___
(D.C. No.)

Enclosures:

___8/27/01___  Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____  Released (Record) (Supplemental Record - First - Second - Third)

_____  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not released at this time until appeal(s) closed at No. (s) _____

FILED
AUG 3 0 2001
PER _____
HARRISBURG, PA.   DEPUTY CLERK

_____  Please forward Certified List in Lieu of Record to this office.

_____  The certified copy of order issued as the mandate on _____
is recalled.

_Dannette M. Gunning_     267-299-7914
Administrative Manager    Telephone Number

Receipt Acknowledge:

___ack'd___
(Name)

___8/30/01___
(Date)

Rev. 7/7/00
Appeals (Certified List in Lieu of Record)

O:/dmg/forms/orderltrfrm

EPS-354

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 01-2902

ROBERT A. GAINES

vs.

MICHAEL ZENK, et al.

(M.D.Pa. CIV. NO. 01-CV-00183 )

FILED
AUG 3 0 2001
PER _____
HARRISBURG, PA     DEPUTY CLERK

Present:   Marcia M. Waldron, Clerk

Submitted is Appellant's affidavit in support of motion to proceed in forma pauperis, which is treated as a motion for leave to appeal in forma pauperis pursuant to Rule 24, Federal Rules of Appellate Procedure;

in the above-captioned case.

MMW/as

## ORDER

The foregoing motion to proceed in forma pauperis is granted. This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as affirmance of the order of the District Court. See Third Circuit Internal Operating Procedure 10.6.

A True Copy
_____
Deputy Clerk

For the Court,

_____
Clerk

Dated: AUG 27 2001